# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MARY'S VINYARD, INC., et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:17-cv-00179-LJO-SKO<br><br>**ORDER EXTENDING TIME TO ANSWER OR RESPOND TO COMPLAINT AND CONTINUING SCHEDULING CONFERENCE**<br><br>**(Doc. 7)** |

Before the Court is the parties' joint Stipulation to Allow Defendants Additional Time to Answer or Otherwise Respond to Plaintiff's Complaint and Request to Continue Scheduling Conference (the "Requests"). (Doc. 7.) For good cause shown, the Court GRANTS these Requests. (*Id.*)

Accordingly, the Court ORDERS that the deadline for Defendants to answer or otherwise respond to the Complaint is EXTENDED to **June 5, 2017**. The Court further ORDERS that the scheduling conference currently scheduled for May 11, 2017 is CONTINUED to **June 13, 2017, at 11:15 a.m.** in Courtroom 7 before U.S. Magistrate Judge Sheila K. Oberto.

IT IS SO ORDERED.

Dated: **May 2, 2017**　　　　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE