UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>        Plaintiff,<br><br>    v.<br><br>MARY'S VINEYARD, INC. and RLMK, INC. dba McDONALD'S #11659,<br><br>        Defendants. | No. 1:17-cv-00179-LJO-SKO<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. 11) |

On June 12, 2017, Plaintiffs filed a Notice of Voluntary Dismissal, in which Plaintiffs notify the Court of the dismissal of this action with prejudice. (Doc. 11.) Plaintiffs filed this notice before the opposing parties served either an answer or a motion for summary judgment. As such, Plaintiffs have voluntarily dismissed this matter with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Court therefore DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated: **June 13, 2017**　　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE